No. 5466.—EL MUNICIPIO DE SABANA GRANDE, aplte., v. VELASCO, ET AL., apldos.—C. D. Mayagüez.      Enero 14, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sin asistencia de las partes, se desestima la presente apelación por falta de alegatos.